UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PROTHENA CORPORATION PLC SECURITIES LITIGATION | Case No. 1:18-cv-06425-ALC<br><br>CLASS ACTION |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Co-Lead Counsel in this class action, and am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of August 26, 2019, with exhibits thereto.

Exhibit 2: Firm resume of Labaton Sucharow LLP.

Exhibit 3: Firm resume of Levi & Korsinsky, LLP

Exhibit 4: Laarni T. Bulan, Ellen M. Ryan, and Laura E. Simmons, *Securities Class Action Settlements – 2018 Review and Analysis* (Cornerstone Research 2019).

Exhibit 5: Firm resume of Strategic Claims Services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2019.

/s/ *Carol C. Villegas*
CAROL C. VILLEGAS