USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
IN RE PROTHENA CORPORATION PLC :
SECURITIES LITIGATION :
: 18-CV-6425 (ALC)
:
: **ORDER**
:
:
:
:
:
:
----------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Settlement Conference currently scheduled for December 2, 2019 at 11:30 a.m. is hereby **ADJOURNED** to **December 2, 2019 at 12:00 p.m.**

**SO ORDERED.**

Dated:     November 26, 2019
              New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**